**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

Samuel Brown, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2016-001477

Appeal From Charleston County
J.C. Nicholson, Jr., Trial Judge
Doyet A. Early, III, Post-Conviction Relief Judge

Unpublished Opinion No. 2018-UP-245
Submitted April 1, 2018 – Filed June 13, 2018

**APPEAL DISMISSED**

Appellate Defender LaNelle Cantey DuRant, of Columbia, and Samuel Brown, Jr., pro se, for Petitioner.

Attorney General Alan Wilson and Senior Assistant Deputy Attorney General Megan Harrigan Jameson, both of Columbia, for Respondent.

**PER CURIAM:** Petitioner seeks a writ of certiorari from the denial of his application for post-conviction relief (PCR).

Evidence supports the PCR court's dismissal of Petitioner's claim of ineffective assistance of counsel.  Accordingly, we deny certiorari on this issue.  *See Speaks v. State*, 377 S.C. 396, 399, 660 S.E.2d 512, 514 (2008) ("On appeal, the PCR court's ruling should be upheld if it is supported by any evidence of probative value in the record.").

Because evidence supports the PCR court's finding that Petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant certiorari on this issue and proceed with a review of Petitioner's direct appeal issues pursuant to *Davis v. State*, 288 S.C. 290, 342 S.E.2d 60 (1986).

After consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967), we dismiss Petitioner's direct appeal.  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**SHORT, THOMAS, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.